UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

In re:
**Edith Nettie Perez-Gorden**,

Soc. Sec. No. xxx-xx-9442
Mailing Address: 1717 Brentwood Street, High point, NC 27260-

Debtor.

Case No.: 25-10879

Chapter 13

**AFFIDAVIT REGARDING SERVICE OF PLAN**

I, Charlene Ennemoser, certify that on 12/17/25, a copy of the **Chapter 13 Plan** was served on each of the creditors listed in subsections 4.1(d), 4.2(d) or 4.3(e) of the Chapter 13 Plan, as follows:

By **certified mail**, postage fully pre-paid, upon the following FDIC creditors:

FDIC creditors served:

Ally Bank
Attn: Officer
Attn: Jeffrey Brown, CEO
200 West Civic Centre Drive
Sandy , UT 84070

Ally Financial Inc.
Attn: Officer
500 Woodward Avenue,
10th Floor
Detroit, MI 48226

By regular, **first class United States mail**, postage fully pre-paid, upon the following creditors:

and  by regular, **first class United States mail**, postage fully pre-paid, upon the following parties:

All other creditors listed on the attached mailing matrix. (updated to include the mailing address listed on any and every proof of claim already filed in this case)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 12/17/25

/s Charlene Ennemoser

Charlene Ennemoser

CertificateOfService.wpt (rev. 7/4/18)

| | | |
|---|---|---|
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | Internal Revenue Service (MD)**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| US Attorney's Office  (MD)**<br>101 S. Edgeworth Street, 4th floor<br>Greensboro, NC 27401 | U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | North Carolina Dept. of Revenue**<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 |
| Ally Financial Inc.<br>Attn: Officer<br>500 Woodward Avenue, 10th Floor<br>Detroit, MI 48226 | Dignifi<br>Post Office Box 576<br>Bellevue, WA 98009 | Guilford County Tax Collector ***<br>Attn: Officer<br>Post Office Box 3328<br>Greensboro, NC 27402 |
| Law Offices of James Scott Farrin<br>555 South Mangum Street, Suite 800<br>Durham, NC 27701 | NC Department of Justice<br>for NC Department of Revenue<br>Post Office Box 629<br>Raleigh, NC 27602-0629 | Pinnacle Bank<br>Attn: Officer<br>21 Platform Way S., Ste. 2300<br>Nashville, TN 37203 |
| Roberson Haworth & Reese, PLLC<br>Post Office Box 1550<br>High Point, NC 27261 | T-Mobile***<br>Customer Relations<br>Post Office Box 37380<br>Albuquerque, NM 87176-7380 | US Department of Education<br>121 S. 13th Street<br>Lincoln, NE 68508 |